UNITED STATES DISTRICT COURT  
EASTERN DISTRICT OF NEW YORK  
-------------------------------------------------------------------------X  
KAWALL DEOSARAN,

                 Plaintiff,

      -against-

BOARD OF DIRECTORS OF STONE HILL  
HOMEOWNERS ASSOCIATION,

                Defendant.  
-------------------------------------------------------------------------X

For Online Publication Only

**ORDER**  
16-CV-6027 (JMA)(AYS)

**AZRACK, United States District Judge:**

    The Court's records reflect that the complaint in this action was filed on October 31, 2016.

Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 90 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

    Accordingly, plaintiff was required to serve defendant by **January 30, 2017**. Plaintiff has failed to do so. The Court extends the deadline for plaintiff to serve defendant until June 5, 2017. If plaintiff fails to serve defendant by June 5, 2017 or plaintiff fails to show good cause why service has not been effected by that date, this action will be dismissed without prejudice.

**Plaintiff is to provide a copy of this Order to the defendant along with the summons and complaint, and shall file proof of service with the Court**.

    Plaintiff is required to advise the Clerk of Court of any change of address. Failure to keep the Court informed of plaintiff's current address means the Court will not know where to contact plaintiff and may result in dismissal of the case.

1

**SO ORDERED**.                                             \_\_\_\_\_/s/ (JMA)_____
                                                            Joan M. Azrack
Dated:   May 4, 2017                                        United States District Judge
         Central Islip, New York